| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Zipps, Jennifer G. | 2. Court or Organization<br><br>United States District Court, District of Arizona | 3. Date of Report<br><br>04/30/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>405 W. Congress, Ste 5170<br>Tucson, AZ 85701 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/13-12/13 | Arizona State Retirement System Annuity | $14,158.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Accounts) | A | Interest | M | T | | | | | |
| 2. Princess Jennifer LLC (LLC owns shopping ctr in NM) | | None | K | R | | | | | |
| 3. Metropolitan Life money market | D | Interest | O | T | | | | | |
| 4. Bank of America (Accounts) | A | Interest | L | T | | | | | |
| 5. Fidelity Emerging Euro Mid East Africa mutual fund | A | Dividend | | | Sold | 05/06/13 | J | A | |
| 6. Fidelity Select Biotechnology | A | Dividend | K | T | Buy | 05/06/13 | J | | |
| 7. Fidelity Int'l Discovery mutual fund | A | Dividend | K | T | | | | | |
| 8. Fidelity China Region mutual fund | B | Dividend | J | T | | | | | |
| 9. Fidelity Emerging Markets mutual fund | A | Dividend | | | Sold | 05/06/13 | J | B | |
| 10. Fidelity Stock Selector Small Cap mutual fund | B | Dividend | K | T | | | | | |
| 11. Fidelity Capital Appreciation mutual fund | D | Dividend | L | T | | | | | |
| 12. Fidelity Growth Co. mutual fund | D | Dividend | M | T | | | | | |
| 13. Fidelity Select Energy mutual fund | C | Dividend | K | T | | | | | |
| 14. Fidelity AZ Municipal money market fund (checking acct) | A | Dividend | L | T | | | | | |
| 15. Traveler's Insurance, common stock | A | Dividend | J | T | | | | | |
| 16. Fidelity Arizona Municipal Income Fund | C | Dividend | | | Sold | 08/21/13 | M | D | |
| 17. Fidelity Arizona Municipal Income Fund | A | Dividend | M | T | Buy | 11/04/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Spartan 500 Index Fund | C | Dividend | M | T | | | | | |
| 19. Fidelity Rollover IRA | A | Dividend | O | T | | | | | |
| 20. -Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 09/23/13 | J | A | |
| 21. -Allianz NFJ Dividend Value Fund | | | | | Sold | 05/22/13 | K | D | |
| 22. -Allianz NFJ Dividend Value Fund | A | Dividend | | | Buy | 08/06/13 | K | | |
| 23. -Brown Capital Mgmt Small Company | A | Dividend | | | Buy | 09/23/13 | J | | |
| 24. -Columbia Acorn International Fund | | | | | Sold | 12/04/13 | K | B | |
| 25. -Columbia Acorn International Fund | | | | | Sold | 05/22/13 | K | C | |
| 26. -Columbia Acorn International Fund | | | | | Buy | 08/06/13 | K | | |
| 27. -Credit Suisse Commodity Return | | | | | Sold | 09/23/13 | K | A | |
| 28. -Credit Suisse Commodity Return | | | | | Sold | 05/22/13 | K | A | |
| 29. -Credit Suisse Commodity Return | | | | | Buy | 08/06/13 | K | | |
| 30. -Delaware Emerging Markets Fund Class A | | | | | Sold (part) | 09/23/13 | J | A | |
| 31. -Delaware Emerging Markets Fund Class A | | | | | Sold | 05/22/13 | K | C | |
| 32. -Delaware Emerging Markets Fund Class A | A | Dividend | | | Buy | 08/06/13 | K | | |
| 33. -Dodge & Cox Income Fund | | | | | Sold | 12/27/13 | J | A | |
| 34. -Dodge & Cox Income Fund | | | | | Sold | 05/22/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dodge & Cox Income Fund | A | Dividend | | | Buy | 08/06/13 | K | | |
| 36. -Eagle Small Cap Growth Fund Class A | | | | | Sold | 09/23/13 | J | A | |
| 37. -Eagle Small Cap Growth Fund Class A | | | | | Sold | 05/22/13 | J | C | |
| 38. -Eagle Small Cap Growth Fund Class A | | | | | Buy | 08/06/13 | J | | |
| 39. -Fidelity Advisor Mid Cap II Fund | | | | | Sold | 05/22/13 | K | C | |
| 40. -Fidelity Advisor Mid Cap II Fund | C | Dividend | | | Buy | 08/06/13 | K | | |
| 41. -Fidelity Advisor New Insights Fund Class | | | | | Sold (part) | 09/23/13 | J | A | |
| 42. -Fidelity Advisor New Insights Fund Class | | | | | Sold | 05/22/13 | L | E | |
| 43. -Fidelity Advisor New Insights Fund Class | D | Dividend | | | Buy | 08/06/13 | L | | |
| 44. -Harbor Bond Fund Institutional Class | | | | | Sold | 12/27/13 | K | A | |
| 45. -Harbor Bond Fund Institutional Class | | | | | Sold | 05/22/13 | K | A | |
| 46. -Harbor Bond Fund Institutional Class | | | | | Buy | 08/06/13 | K | | |
| 47. -Harbor Bond Fund Institutional Class | A | Dividend | | | Buy | 09/23/13 | J | | |
| 48. -Oakmark International Small Cap Fund | | | | | Sold (part) | 05/22/13 | J | C | |
| 49. -Oakmark International Small Cap Fund | A | Dividend | | | Buy | 08/06/13 | K | | |
| 50. -The Oakmark International Fund | | | | | Sold (part) | 09/23/13 | J | A | |
| 51. -The Oakmark International Fund | | | | | Sold | 05/22/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -The Oakmark International Fund | A | Dividend | | | Buy | 08/06/13 | K | | |
| 53. -Hartford High-Yield Class A | | | | | Sold | 09/23/13 | J | A | |
| 54. -Hartford High-Yield Class A | | | | | Sold | 05/22/13 | J | A | |
| 55. -Hartford High-Yield Class A | A | Dividend | | | Buy | 08/06/13 | J | | |
| 56. -Perkins Mid Cap Value Fund | | | | | Sold | 09/23/13 | K | A | |
| 57. -Perkins Mid Cap Value Fund | | | | | Sold | 05/22/13 | K | C | |
| 58. -Perkins Mid Cap Value Fund | | | | | Buy | 08/06/13 | K | | |
| 59. -John Hancock Disciplined Value | A | Dividend | | | Buy | 09/23/13 | J | | |
| 60. -MFS Value Fund Class W | | | | | Buy | 09/23/13 | J | | |
| 61. -MFS Value Fund Class W | | | | | Sold | 11/08/13 | L | B | |
| 62. -MFS Value Fund Class W | | | | | Sold | 05/22/13 | K | D | |
| 63. -MFS Value Fund Class W | A | Dividend | | | Buy | 08/06/13 | K | | |
| 64. -MFS Int'l Growth Fund Class W | | | | | Sold (part) | 09/23/13 | J | A | |
| 65. -MFS Int'l Growth Fund Class W | | | | | Sold | 05/22/13 | L | D | |
| 66. -MFS Int'l Growth Fund Class W | | | | | Buy | 08/06/13 | K | | |
| 67. -MFS Int'l Growth Fund Class W | | | | | Sold | 11/08/13 | K | A | |
| 68. -Mainstay Icap Select Equity Fund | | | | | Buy | 09/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Mainstay Icap Select Equity Fund | | | | | Sold | 05/22/13 | K | D | |
| 70. -Mainstay Icap Select Equity Fund | A | Dividend | | | Buy | 08/06/13 | K | | |
| 71. -Northern Small Cap Value Fund | | | | | Sold | 05/22/13 | J | B | |
| 72. -Northern Small Cap Value Fund | A | Dividend | | | Buy | 08/06/13 | J | | |
| 73. -Pimco Commodities Plus | A | Dividend | | | Buy | 09/23/13 | K | | |
| 74. -Pimco Commodities Plus | | | | | Sold | 12/27/13 | K | A | |
| 75. -Pimco Income Fund Class A | | | | | Sold | 05/22/13 | K | A | |
| 76. -Pimco Income Fund Class A | A | Dividend | | | Buy | 08/06/13 | K | | |
| 77. -Principal High Yield Fund Class A | A | Dividend | | | Buy | 09/23/13 | J | | |
| 78. -T Rowe Price Emerging Markets | | | | | Sold (part) | 09/23/13 | J | A | |
| 79. -T Rowe Price Emerging Markets | | | | | Sold | 05/22/13 | J | B | |
| 80. -T Rowe Price Emerging Markets | A | Dividend | | | Buy | 08/06/13 | J | | |
| 81. -T Rowe Price Real Estate | | | | | Buy | 09/23/13 | J | | |
| 82. -T Rowe Price Real Estate | | | | | Sold | 12/27/13 | K | A | |
| 83. -T Rowe Price Real Estate | | | | | Sold | 05/22/13 | K | D | |
| 84. -T Rowe Price Real Estate | A | Dividend | | | Buy | 08/06/13 | K | | |
| 85. -Scout International Fund | | | | | Sold | 05/22/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Scout International Fund | A | Dividend | | | Buy | 08/06/13 | J | | |
| 87. -Fidelity Contra Fund | | | | | Buy | 12/30/13 | K | | |
| 88. -Fidelity Spartan 500 Index Fund | | | | | Buy | 12/18/13 | M | | |
| 89. -NW Mutual General MW Money Market Fund Class B | A | Dividend | | | Sold | 11/06/13 | J | A | |
| 90. -Fidelity Govt Money Market | A | Dividend | | | Buy | 11/06/13 | J | | |
| 91. -Fidelity Govt Money Market | | | | | Buy | 12/17/13 | M | | |
| 92. -Fidelity Govt Money Market | | | | | Sold | 12/18/13 | M | A | |
| 93. Northwestern Mutual Whole Life Policy | B | Dividend | K | T | | | | | |
| 94. Mass Mutual Variable Life Policy | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 2: Value for LLC is cost of the interest in the LLC when obtained just prior to the purchase of shopping center in August 2006.

Line19 : The Fidelity Rollover IRA listed here was formerly a Northwestern Mutual IRA. The positions in the Northwestern IRA were liquidated by the custodian on May 22, 2013 in connection with a contemplated rollover of the assets to the TSP. The custodian restored the positions on August 6, 2013, citing an inability to effect the rollover without documentation from the TSP that was not readily available. On November 6, 2013, the Northwestern account was rolled over to Fidelity.

Lines 48-49: The Oakmark International Small Cap Fund listed here has been owned since the inception of the account in April 2010, with the exception of the listed transactions. The Oakmark International Fund listed at 50-52 has been owned since September 2010, with the same exception. Because of the similar names on account statements, only the latter account was listed on prior reports.

Lines 90-92: The Fidelity Government Money Market listed here is the "core" account for the rollover IRA. The listed transactions reflect transfers from the Northwestern account and the purchase of new funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 04/30/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer G. Zipps**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544